*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 22-BG-93**

IN RE SANTIAGO R. NARVAIZ

**2021 DDN 53**

A Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 317347**

BEFORE: Beckwith and Deahl, Associate Judges, and Fisher, Senior Judge.

### O R D E R
(FILED—May 5, 2022)

On consideration of the certified copy of the order from the state of Maryland indefinitely suspending respondent from the practice of law in that state with the right to petition for reinstatement in 90 days; this court's March 10, 2022, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline including a fitness requirement should not be imposed, no response having been filed; and the statement of Disciplinary Counsel recommending that we impose functionally identical discipline and stating that respondent filed a copy of his D.C. Bar R. XI, §14(g) affidavit with Disciplinary Counsel on April 12, 2022, but failed to file the affidavit with the court, it is

ORDERED that Santiago R. Narvaiz is hereby suspended from the practice of law in the District of Columbia for 90 days with reinstatement conditioned on his reinstatement to practice law by the state of Maryland and a showing of fitness. *See In re Sibley*, 990 A.2d 483 (D.C. 2010), and *In re Fuller*, 930 A.2d 194, 198 (D.C. 2007) (explaining that a rebuttable presumption in favor of identical reciprocal discipline applies unless one of the exceptions is established). It is

**No. 22-BG-93**


FURTHER ORDERED that for purposes of reinstatement respondent's suspension shall be deemed to run from April 12, 2022, contingent on respondent filing with this court, within 10 days from the date of this order, his D.C. Bar R. XI, § 14(g) affidavit; otherwise, for purposes of reinstatement the time will begin once he files his D.C. Bar R. XI, § 14(g) affidavit with this court.


**PER CURIAM**